ACCEPTED
02-17-00232-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/14/2017 3:57 PM
DEBRA SPISAK
CLERK

## CAUSE NO. 12-17-00232-CR

| | | |
|---|---|---|
| **MELVIN LINN KNOX** | * | **IN THE COURT OF APPEALS** |
| Appellant | * | |
| | * | **FOR THE SECOND DISTRICT** |
| | * | **OF TEXAS** |
| | * | |
| | * | |
| **THE STATE OF TEXAS** | * | **IN FORT WORTH, TEXAS** |
| Appellee | | |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/14/2017 3:57:54 PM
DEBRA SPISAK
Clerk

## FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

COMES NOW, MELVIN LINN KNOX, Appellant, by and through his attorney, MARY B. THORNTON, and files this his First Motion for Extension of Time to File Appellant's Brief in the above styled and numbered cause requesting an additional sixty (60) days and in support of his motion would show this Honorable Court as follows:

### I.

Appellant was indicted in cause number 1468054D for the offense of murder. His case was assigned to Criminal District Court Number Two in Tarrant County, Texas. On June 28, 2017, Appellant pleaded guilty to the State's indictment before the trial court with no plea bargain agreement. Both sides waive the preparation of a Presentence Investigation Report, and Appellant's punishment hearing was set for July 10, 2017. After hearing evidence from both the State and the defense the trial court found Appellant guilty of the offense of murder on July 10, 2017, and assessed his

1

punishment at incarceration in the Institutional Division of the Texas Department of Criminal Justice for forty years.

On August 7, 2017, Appellant filed a Motion to Recuse the trial judge. Appellant's motion was denied by the trial court on August 14, 2017.  A hearing was held on the trial court's denial before the Hon. David L. Evans, Presiding Judge for the Eighth Administrative Judicial Region on August 25, 2017.  Subsequent to the hearing, the Hon. David L. Evans signed an Order denying Appellant's Motion to Recuse.

II.

Appellant is presently incarcerated and serving his sentence as required by law.

IV.

Pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure Appellant's brief was due to be filed in this Honorable Court on Thursday, December 14, 2017.  No motions for extension of time have been requested by Appellant.

IV.

Because of other cases, counsel for Appellant has not had sufficient time to prepare Appellant's brief in the above styled and numbered cause.  Counsel has been to court on several cases.  Counsel is presently writing the appellant's brief in Eunice Cristina Rodriguez v The State of Texas, presently due in this Honorable Court on Tuesday, December 19, 2017.

Counsel is asking for an additional sixty (60) days not for purposes of delay but

because it is necessary in order to render Appellant his constitutionally mandated effective assistance of counsel pursuant to *the Sixth and Fourteenth Amendments to the U.S. Const. and art. 1, sec. 9 of the Tex. Const.*

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court grant her First Motion for Extension of Time to File Appellant's brief in the above styled and numbered cause for sixty (60) days and extend the deadline for filing Appellant's brief to Monday, February 12, 2018.

Respectfully submitted,


 /s/Mary B. Thornton
MARY B. THORNTON
Attorney for Appellant
3901 Race Street
Fort Worth, Texas 76111
Telephone No.:  (817) 759-0400
Telecopier No.:  (817) 831-3002
Email:  marybrabson01@gmail.com
State Bar #19713700


CERTIFICATE OF CONFERENCE

On December 14, 2017, a conference was held on the merits of this motion with Ms. Haley Little in the Tarrant County Criminal District Attorney's Office Post Conviction Unit, who had no objection to Appellant's First Motion for Extension of Time to file Appellant's Brief requesting an additional sixty (60) days.


 /s/Mary B. Thornton
MARY B. THORNTON

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2017, a true and correct copy of the above motion was electronically served on the Hon. Debra Windsor, Chief of the Tarrant County Criminal District Attorney's Office Post Conviction Unit, Tim Curry Criminal Justice Center, Fourth Floor, 401 West Belknap, Fort Worth, Texas, 76196, at COAAppellateAlerts@tarrantcountytx.gov.

/s/Mary B. Thornton
MARY B. THORNTON